No. 72–645.  Briola *v.* United States, 409 U. S. 1108;

No. 72–662.  Bata *v.* Bata et al., 409 U. S. 1108;

No. 72–672.  Pogue *v.* Retail Credit Co., 409 U. S. 1109;

No. 72–790.  Alabama et al. *v.* Brinks, 409 U. S. 1130;

No. 72–5218.  Goff *v.* New York, *ante,* p. 910;

No. 72–5368.  Tyler *v.* Lark, Warden, et al., *ante,* p. 910;

No. 72–5372.  Lucas *v.* Wyoming et al., 409 U. S. 1123;

No. 72–5438.  Warner *v.* United States Patent Office et al., 409 U. S. 1045;

No. 72–5454.  Cooper *v.* United States, 409 U. S. 1107;

No. 72–5568.  Davis *v.* Neaher, U. S. District Judge, et al., 409 U. S. 1105;

No. 72–5608.  Heindl *v.* Washington Terminal Co., 409 U. S. 1113;

No. 72–5628.  Bernstein *v.* United States, 409 U. S. 1114;

No. 72–5633.  Reilly *v.* Nelson, Warden, 409 U. S. 1114;

No. 72–5646.  Dabney *v.* District of Columbia, 409 U. S. 1114;

No. 72–5649.  Milstead et al. *v.* California et al., 409 U. S. 1114;

No. 72–5682.  Jones *v.* United States, *ante,* p. 911;

No. 72–5716.  Bennett *v.* District Director of Internal Revenue, 409 U. S. 1128; and

No. 72–5735.  Stengel *v.* City of Anaheim et al., 409 U. S. 1129.  Petitions for rehearing denied.

No. 71–858.  Ricci *v.* Chicago Mercantile Exchange et al., 409 U. S. 289.  Motion to dispense with printing petition granted.  Petition for rehearing denied.